## Muhlenberg College Tax Assessment Case.

Argued September 11, 1967. *Robert H. Jordan,* County Solicitor, with him *James N. Diefenderfer,* Assistant City Solicitor, for appellants; *Theodore R. Gardner,* with him *Jules Goldstein* and *William Hudders,* for appellees.

PER CURIAM: The six judges who heard the argument of these appeals being equally divided in opinion, the orders of the court below are affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.

## Neary Unemployment Compensation Case.

Argued September 14, 1967. *William J. Dempsey* and *John E. V. Pieski,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.